IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT R. SIMMONS, #B-83104,

    Plaintiff,

vs.

ILLINOIS DEPT. OF CORRECTIONS,
MSU/MENARD CORR. CENTER, and
WEXFORD HEALTH CARE,

    Defendants.

Case No. 14-cv-00479-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,   IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Illinois Department of Corrections, MSU/Menard Correctional Center, and Wexford Health Care** for deliberate indifference to Plaintiff's medical needs in violation of the 8th Amendment and the Americans with Disabilities Act are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **Illinois Department of Corrections, MSU/Menard Correctional Center, and Wexford Health Care** and against plaintiff **Robert R. Simmons** on his claims for deliberate indifference to his medical needs in violation of the 8th Amendment and the Americans with Disabilities Act.

**DATED:**  2/23/2016

                                                **Justine Flanagan**
                                              **Acting Clerk of Court**
                                              **s/ Reid Hermann**
                                                  **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**